[This decision has been published in *Ohio Official Reports* at 97 Ohio St.3d 182.]

THE STATE EX REL. KEESEE, APPELLANT, *v*. OEC CORPORATION ET AL.;

INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Keesee v. OEC Corp.*, 2002-Ohio-5786.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 2001-1683—Submitted September 17, 2002—Decided November 6, 2002.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-1290.

————————————

{¶1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

Harold Ticktin, for appellant.

Betty D. Montgomery, Attorney General, and Cheryl J. Nester, Assistant Attorney General, for appellee.

————————————